73 A.3d 522

Freddy McCUTCHEN, Petitioner

v.

Mike WENEROWICZ, Respondent.

No. 71 EM 2013.

Supreme Court of Pennsylvania.

July 31, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 31st day of July, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**